IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FREDRICK D. EASTER                                        PLAINTIFF


     v.                        Civil No. 08-6099


SHERIFF LARRY SANDERS;
CAPTAIN STEVE, OFFICER
K FORD, OFFICER TATUM,
and OFFICER RIMA                                         DEFENDANTS


**ORDER**

Now on this 14th day of March 2011, there comes on for consideration the report and recommendation filed herein on December 14, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 20).  Plaintiff's copy of the report was returned as undeliverable on December 21, 2010.  The U.S. District Clerk searched for an updated address for Plaintiff, and re-mailed a copy of the report to him on January 6, 2011 (doc. 21).  The parties have not filed written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, judgment is entered in favor of Defendants, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

AO72A
(Rev. 8/82)

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge